# PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 8 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**DEFENDANT NAME:   ROBERT DVORAK**

TOTAL NO. COUNTS:  3

**VIO: 21 U.S.C. § 841(a)(1), (b)(1)(B)(i)**
Possession with the Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable amount of Heroin (Count 1)

PENALTY:  **not less than 5 years not more 40 years;
and/or $5,000,000 fine;
not less than 4 years up to a life term of supervised release;
a $100 special penalty assessment**

**VIO: 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)**
Possession with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable amount of Methamphetamine (Count 2)

PENALTY:  **not less than 5 years not more 40 years;
and/or $5,000,000 fine;
not less than 4 years up to a life term of supervised release;
a $100 special penalty assessment**

Penalty slip.dotm

**VIO: 18 U.S.C. §§ 922(g)(3), 924(a)(2)**
   **Unlawful User of Controlled Substance in Possession of Firearms**
   **(Count 3)**

PENALTY:  **not more than 10 years;**
  **and/or $250,000 fine;**
  **not more than 3 years supervised release;**
  **a $100 special penalty assessment**
**NOTICE OF FORFEITURE ALLEGATIONS**

CASE NO. __2:19-CR-8-SAB-1_____

AUSA INITIAL   PJC_____

Penalty slip.dotm